IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ST. CLAIR INTELLECTUAL PROPERTY CONSULTANTS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. 11-1304-LPS |
| v. | ) ) | |
| LG ELECTRONICS INC., LG ELECTRONICS USA, INC., AND LG ELECTRONICS MOBILECOMM, U.S.A., | ) ) ) | |
| Defendants. | | |

**STATUS REPORT PURSUANT TO THE COURT'S DECEMBER 3, 2013 ORDER**

Pursuant to the Court's December 3, 2013 Order (Docket No. 34), the plaintiff, St. Clair Intellectual Property Consultants, Inc. ("St. Clair") and the defendants, LG Electronics Inc., LG Electronics USA, Inc., and LG Electronics Mobilecomm, U.S.A. (collectively "LG") hereby jointly submit the following status report:

1. This case is currently stayed pending this Court's issuance of decisions on the summary judgment motions currently pending before it in the related cases captioned *St. Clair Intellectual Property Consultants, Inc. v. Acer et al.*, C.A. No. 09-354-LPS-MPT (consolidated), and *Microsoft Corporation v. St. Clair Intellectual Property Consultants, Inc.*, C.A. No. 10-282-LPS-MPT. (See Docket No. 26).

2. Pursuant to Court Order, on September 26, 2013 the parties conducted a mediation that did not result in a settlement between St. Clair and LG although St. Clair was able to reach settlements with other defendants in other related cases involving the same patents at issue in this case.

| | |
|---|---|
| MORRIS, JAMES, HITCHENS & WILLIAMS. LLP | BAYARD, P.A. |
| /s/ *Mary B. Matterer* | /s/ *Richard D.Kirk* |
| Richard K. Herrmann (#405)<br>Mary B. Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800 | Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com |
| OF COUNSEL: | OF COUNSEL: |
| Jeffrey K. Sherwood<br>Megan S. Woodworth<br>DICKSTEIN SHAHPIRO LLP<br>1825 Eye Street, NW<br>Washington, DC 20006-5403 | Raymond P. Niro<br>Christopher J. Lee<br>Richard B Megley<br>Frederick C. Laney<br>NIRO, HALLER & NIRO<br>181 W. Madison, Suite 4600 |
| Robert G. Gingher<br>DICKSTEIN SHAPIRO LLP<br>1633 Broadway<br>New York, NY 10019-6708 | Chicago, IL 60602<br>(312) 236-0733<br>rniro@nshn.com<br>clee@nshn.com<br>megley@nshn.com<br>laney@nshn.com |
| *Attorneys for Defendants LG Electronics Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.* | *Attorneys for Plaintiff St. Clair Intellectual Property Consultants, Inc.* |